Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

**FILED**
NOV 4 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
NOV - 9 2009
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

In re:

EXPANSION ELECTRONICS INC.,

Debtor(s)

Case No. 06-40263 RN

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $4,526.95. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| SURPLUS | EXPANSION ELECTRONICS INC., 849 E. STANLEY BLVD. STE. 251, LIVERMORE, CA 94550 | 4,526.95 | 4,526.95 |

Total Unclaimed Dividends $4,526.95

Dated: October 30, 2009

Paul J Mansdorf, TRUSTEE